FILED
2019 Aug-13 PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| James Smith, | Case No.: 5:18-cv-00844-MHH |
| Plaintiff, | |
| vs. | |
| Service Credit Union, | |
| Defendant. | |

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT
SERVICE CREDIT UNION**

The parties respectfully notify the Court that Plaintiff, James Smith and Defendant, Service Credit Union, have reached a tentative settlement on all claims between them in this matter. Each party will bear its own fees and costs. Service Credit Union will provide Plaintiff with a settlement agreement for execution pending the approval of bankruptcy court in case #19-1-0009 (United States District Bankruptcy Court for the Northern District of Georgia) of attorney fees and expenses. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted on this the 13th day of August 2019.

| | |
|---|---|
| s/Reginald D. McDaniel<br>Reginald D. McDaniel<br>Law Office of Reginald D. McDaniel, LLC<br>3720 4th Avenue South<br>Birmingham, AL 35222<br>Telephone: (205) 433-6130<br>Facsimile: (888) 357-8447 | s/Charles N. Parnell, III<br>Parnell & Parnell, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189<br>(334) 269-8730 (office)<br>(334) 293-3550 (fax) |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of August 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

**MATTHEW W. ROBINETT**
ATTORNEY FOR DEFENDANT TRANS UNION LLC
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
mrobinett@nwkt.com

**SARAH SUBLETT**
Attorney for Trans Union (PHV)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
ssublett@qslwm.com
Telephone: (214) 560-5450
Facsimile: (214) 871-2111